■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIFFANY J. HASKELL, Appellant. (Appeal No. 1.) [879 NYS2d 798]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered August 6, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIFFANY J. HASKELL, Appellant. (Appeal No. 2.) [879 NYS2d 799]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered August 6, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN BARTON, Appellant. [879 NYS2d 768]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered November 28, 2007. The judgment convicted defendant, upon a jury verdict, of falsifying business records in the first degree, assault in the third degree and endangering the welfare of an incompetent or physically disabled person.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER MILLER, Appellant. [879 NYS2d 768]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered December 10, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. SEELER, Appellant. [880 NYS2d 425]—